UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 07-26306 JHW

Debtor: Nicole D. Wyman

| Check Number | Creditor | Amount |
|---|---|---|
| 1676604 | Wachovia Mortgage, FSB | 2,698.25 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: January 6, 2010